PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael Marchito                                    Cr.: 04CR717-01

Name of Sentencing Judicial Officer: The Honorable Stanley R. Chesler

Date of Original Sentence: 05/20/05

Original Offense: Conducting a Gambling Business, in violation of Title 18: U.S.C. § 1955 & 2

Original Sentence: 3 years probation with special conditions for 6 months home confinement, drug testing and treatment, financial disclosure, no gambling, no new credit, DNA, and to pay a $500 fine and $100 Special Assessment. *On 8/16/05 the Court deleted the home confinement term and ordered a 6 month CCC placement.*

Date of Violation of Probation: 03/30/06

Violation of Probation Sentence: Continue present term of probation with existing conditions and the addition of alcohol treatment and anger management.

Type of Supervision: Probation                          Date Supervision Commenced: 05/20/05

## PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 20 hours of community service work per week, from the date this modification is granted by the Court, until such time as the offender obtains full-time employment, or full-time enrollment in a vocational or job training program. This requirement will remain in effect for the duration of the term of supervision and community service shall be required at any time the offender is unemployed for a period of more than thirty days. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

The offender has remained unemployed since June 19, 2006. The offender has been repeatedly counseled and given numerous employment referrals for jobs and job training programs by the probation office. The offender has provided documentation of his job search activities. On March 9, 2007, he was ordered by the Hudson County Family Court, in regard to child support arrears, to report weekly and provide documentation of his application for no less than 10 jobs per week. Despite numerous attempts by the probation office to assist him, and his own efforts, the offender has remained unemployed for approximately 10 months.

PROB 12B - Page 2
Michael Marchito

Respectfully submitted,

By: Steven Alfrey
U.S. Probation Officer
Date: 04/23/07

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

5/2/.7
Date